IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-CV-471-GCM

SOUTHERN STAIRCASE OF NORTH
CAROLINA, INC., a Georgia corporation,
              Plaintiff,
    v.

CHARLES P. BROWN and
WILLIAM DAVIS,
              Defendants.

### ORDER GRANTING MOTION FOR EXPEDITED DISCOVERY

This Court having reviewed Plaintiff's Amended Motion for Expedited Discovery and Memorandum of Law in Support of Amended Motion for Expedited Discovery, and being otherwise duly advised, now finds that Plaintiff's motion should be GRANTED.

Accordingly, IT IS ORDERED that:

1.    Plaintiff may serve up to twelve (12) interrogatories, twelve (12) Requests to Admit, and twelve (12) Requests for Production of Documents upon each Defendant.

2.    Defendant Brown and Defendant Davis shall answer and respond to these written discovery requests within five (5) days of service.

3.    Defendant Brown and Defendant Davis are hereby ordered to make themselves available for deposition within ten (10) days of service of notice of deposition and/or prior to any hearing on Plaintiff's Amended Motion for a Preliminary Injunction.

Signed: November 6, 2007

Graham C. Mullen
United States District Judge