**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

SOUTHERN STAIRCASE OF NORTH
CAROLINA, INC., a Georgia corporation,

        Plaintiff,

      v.                       Civil Action No.:  3:07-cv-00471

CHARLES P. BROWN and WILLIAM
DAVIS,

        Defendants.


**CONSENT ORDER RESCHEDULING HEARING**
**ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

     A consent order granting a temporary restraining order was entered by the Court on November 9, 2007.  The Court scheduled a hearing on Plaintiff's Motion for a Preliminary Injunction for November 20, 2007 at 2:00 p.m.  The parties, through their respective counsel, have agreed to postpone the hearing on Plaintiff's Motion for a Preliminary Injunction to allow for the completion of expedited discovery.  The parties consent to the temporary restraining order remaining in full force and effect until a preliminary injunction hearing is held at a time to be determined by the Court.

     IT IS SO ORDERED.           Signed: November 20, 2007


_____
Graham C. Mullen
United States District Judge

WE SO CONSENT:


/s/J. Michael Honeycutt
J. Michael Honeycutt

N.C. State Bar No. 3343

Attorney for Plaintiff

FISHER & PHILLIPS llp

227 W. Trade Street, Suite 2020

Charlotte, North Carolina  28202

Telephone:  (704) 334-4565

Facsimile:  (704) 334-9774

E-mail:  mhoneycutt@laborlawyers.com


/s/Christopher M. Vann
Christopher M. Vann

N. C. State Bar No. 20175

Vann Law Firm, P.A.

9940 Monroe Road, Suite 201

Matthews, North Carolina  28105

Telephone:  (704) 845-6050

Facsimile:  (704) 845-1662

E-mail:  chrisvannatty@alltel.net