**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| SOUTHERN STAIRCASE OF NORTH CAROLINA, INC., a Georgia corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES P. BROWN and WILLIAM DAVIS,<br><br>Defendants. | CIVIL ACTION FILE NO.: 3:07-cv-00471 |

**CONSENT ORDER RESCHEDULING HEARING ON
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

A Consent Order granting a temporary restraining order was entered by the Court on November 9, 2007. Since that time the parties have engaged in expedited discovery and engaged in settlement discussions. The parties through their respective counsel have agreed to postpone the hearing scheduled for December 12, 2007 at 2:00 p.m. for a period of at least three weeks in order to attempt to settle the lawsuit and resolve any discovery issues that may exist between them. The parties consent to the temporary restraining order remaining in full force and effect until a preliminary injunction is held at a time to be determined by the Court.

IT IS SO ORDERED, this _____ day of December 2007.

_____
Honorable Graham Mullen
United States District Court Judge

WE SO CONSENT:

_____
J. Michael Honeycutt
Counsel for Plaintiff


_____
Christopher M. Vann
Counsel for Defendants Brown and Davis