# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

SOUTHERN STAIRCASE OF NORTH
CAROLINA, INC., a Georgia corporation,

      Plaintiff,

v.                                    Civil Action No.: 3:07-cv-00471

CHARLES P. BROWN and WILLIAM
DAVIS,

      Defendants.

## CONSENT ORDER PERMITTING ISSUANCE OF SUBPOENAS AND DEPOSITION OF PLAINTIFF'S REPRESENTATIVE

A consent order granting a temporary injunction was entered by the Court on November 9, 2007 and remains in full force and effect. Plaintiff's motion for a preliminary injunction is pending.

The Plaintiff by court order was permitted to conduct limited expedited discovery. At this time, the Defendants seek court approval to take the deposition of Plaintiff's manager, Mr. Joseph Brienza. Plaintiff does not object to Defendants taking of Mr. Brienza's deposition.

The parties also seek court approval to issue subpoenas and to be allowed to submit briefs prior to a hearing on Plaintiff's motion for a preliminary injunction.

The Court being fully advised, hereby ORDERS as follows:

1.      The parties be allowed to issue subpoenas.

2.      That Defendants be allowed to take the deposition of Mr. Joseph Brienza at a time agreed upon by the parties.

3.      That the parties may submit briefs if they so choose to the court regarding

Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction so as to address facts learned during the initial discovery process. Briefs should be filed at least seven (7) days prior to the hearing which will be held on a date to be determined by the Court.

4. The temporary restraining order remains in full force and effect.

IT IS SO ORDERED this /9/ day of February 2008.

Honorable Graham Mullen
United States District Court Judge

WE SO CONSENT:

/s/J. Michael Honeycutt
J. Michael Honeycutt
N.C. State Bar No. 3343
Attorney for Plaintiff
FISHER & PHILLIPS llp
227 W. Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 334-4565
Facsimile: (704) 334-9774
E-mail: mhoneycutt@laborlawyers.com


/s/Christopher M. Vann
Christopher M. Vann
N. C. State Bar No. 20175
Vann Law Firm, P.A.
9940 Monroe Road, Suite 201
Matthews, North Carolina 28105
Telephone: (704) 845-6050
Facsimile: (704) 845-1662
E-mail: chrisvannatty@alltel.net