# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:07-CV-471-GCM

| | |
|---|---|
| SOUTHERN STAIRCASE OF NORTH CAROLINA, INC., )<br>Plaintiff, )<br>v. )<br> )<br>CHARLES P. BROWN and )<br>WILLIAM DAVIS )<br>Defendants. )<br> ) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The hearing on the Motion for Preliminary Injunction originally set for August 13, 2008, is hereby re-scheduled for **Wednesday, August 27, 2008, at 2 p.m.** in Courtroom 3.

**SO ORDERED**.

Signed: July 14, 2008

Graham C. Mullen
United States District Judge