# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| SOUTHERN STAIRCASE OF NORTH CAROLINA, INC., a Georgia corporation, ) ) )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES P. BROWN and WILLIAM DAVIS, ) ) )<br>)<br>Defendants. ) | Civil Action No.: 3:07-cv-00471 |

## ORDER

A consent order granting a temporary restraining order was entered by this Court on November 9, 2007 against Defendant Davis and Defendant Brown.

A hearing on Plaintiff's motion for a preliminary injunction was thereafter scheduled on several occasions, most recently for August 27, 2008, but was cancelled when Plaintiff and Defendant Davis reached agreement as to the terms for a permanent injunction.

At this time, Defendant Brown's whereabouts are unknown.

Having read the parties' joint motion for an order granting a permanent injunction as to Defendant Davis and postponement of preliminary injunction hearing as to Defendant Brown, and the Court otherwise being fully advised, it is hereby ORDERED as follows:

Defendant Davis is hereby permanently enjoined for a period of two (2) years from the date of entry of this order from directly or indirectly:

   a. Working in any capacity (independent contractor or employee) for any stair company including but not limited to Element Stairs.

   b. Soliciting, inducing and/or encouraging any customer of stairs or stair installation services to purchase stairs or stair related services from any individual or entity.

c.  Manufacturing stairs or performing any stair installation services for any individual or entity.

d.  Soliciting or inducing any Southern Staircase employee to leave their employment with Southern Staircase.

e.  Divulging or utilizing any Southern Staircase trade secrets and/or confidential information including but not limited to stair design specifications, drawings and/or any information that was kept and/or maintained in Southern Staircase's plan books.

f.  Making any derogatory or negative comments about Southern Staircase, its officers or employees.

The Court retains jurisdiction over enforcement of this Order, the violation of which is punishable by a finding of contempt.

It is further ORDERED that a hearing on Plaintiff's motion for preliminary injunction as to Defendant Brown is postponed for a period of sixty (60) days. The conditions of the temporary restraining order entered against Brown by this Court remain in full force and effect until a preliminary injunction hearing is held or as otherwise ordered by this Court.

Signed: September 10, 2008

Graham C. Mullen
United States District Judge