# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 3:07cv471

FILED
CHARLOTTE, NC
JUL 1 5 2014
US District Court
Western District of NC

SOUTHERN STAIRCASE OF NORTH CAROLINA,
INC., a Georgia corporation,
              Plaintiff,

v.

CHARLES P. BROWN and
WILLIAM DAVIS,

              Defendants.

## ORDER

**THIS MATTER** is before the Court by the request of the Clerk of Court to return the bond deposited with the Clerk as security for the injunctive relief ordered by this court on November 9, 2007, (document no. 23). Bond was posted by Plaintiff in the amount of $5,000.00 and has generated $46.37 in interest.

The case was terminated on July 20, 2009, upon the filing of a Stipulation of Voluntary Dismissal (document no. 35).

Accordingly, the Clerk is requesting that the bond money with interest be returned to Plaintiff.

**IT IS, THEREFORE, ORDERED,** that the Clerk of Court return the bond money with interest in the total amount of $5,046.37 to Plaintiff Southern Staircase of North Carolina.

**IT IS SO ORDERED.**

Signed: 15 July, 2014.

Graham C. Mullen
United States District Judge